RECEIVED
2010 MAY -3 P 1:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>LISA P. JACKSON,<br>In her official capacity as Administrator of the Environmental Protection Agency; and ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No.: 10-cv-1846 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1  Robert Ukeiley, an active member in good standing of the bar of Kentucky (No.
2  90056), whose business address and telephone number are 435R Chestnut Street, Suite 1,
3  Berea, KY 40403, (859) 986-5402, has applied in the above-entitled action for admission to
4  practice in the Northern District of California on a *pro hac vice* basis, representing Center for
5  Biological Diversity.

6  IT IS HEREBY ORDERED THAT

7  1.  the application is granted, subject to the terms and conditions of Civil Local
8  Rule 11-3.

9  2.  All papers filed by the attorney must indicate appearance *pro hac vice*.

10  3.  Service of papers upon and communication with co-counsel designated in the
11  application will constitute notice to the party.

12  4.  All future filings in this action are subject to the requirements contained in
13  General Order No. 45, *Electronic Case Filing*.

15  Dated:  May 6, 2010

Maxine M. Chesney
United States District Judge

28  [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 10-CV-1846 MMC                                                                 1