IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

ADAM J. KATZ (DC BAR NO. 502776)
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone: (202) 514-2689
Facsimile: (202) 514-8865
Email: adam.katz@usdoj.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 3:10-cv-01846-MMC<br><br>**STIPULATION AND ORDER TO EXTEND ANSWER DEADLINE AND TO CONTINUE INITIAL DISCOVERY, ADR DEADLINES, AND CASE MANAGEMENT CONFERENCE** |

STIPULATION AND ORDER TO EXTEND ANSWER DEADLINE
AND TO CONTINUE INITIAL DISCOVERY, ADR DEADLINES,
AND CASE MANAGEMENT CONFERENCE                            Case No. 3:10-cv-01846-MMC

- 1 -

1   WHEREAS, on April 29, 2010, Plaintiff Center for Biological Diversity filed a complaint

2   in the above-captioned matter against the United States Environmental Protection Agency and its

3   Administrator, Lisa Jackson (collectively, "EPA"), alleging that EPA has failed to undertake

4

5   certain nondiscretionary duties under the Clean Air Act, 42 U.S.C. §§ 7401-7671q;

6   WHEREAS, Plaintiff and EPA seek to resolve this case through settlement, thereby

7   reducing litigation expenses and preserving this Court's resources, and are currently engaged in

8   settlement discussions;

9   WHEREAS, any final settlement of this case must be approved by authorized officials at

10

11  the United States Department of Justice and EPA, a process that can take several weeks;

12  WHEREAS, at least 30 days before any final settlement of this matter can be entered,

13  EPA must provide notice of such settlement in the Federal Register and an opportunity for public

14

15  comment pursuant to Section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

16  WHEREAS, no previous requests for extensions of time or continuances have been filed

17  in this case, and the parties believe that the requested extensions and continuances below will not

18  adversely affect the schedule of this case;

19  NOW THEREFORE the parties, pursuant to Local Rules 6-2 and 7-12, Plaintiff and EPA

20  hereby stipulate to the following:

21

22  1. EPA's time for responding to Plaintiff's complaint is extended by 91 days, to

23  September 27, 2010;

24  2. The parties' deadline to meet and confer regarding initial disclosures, early settlement,

25  ADR process selection, and discovery planning is continued to October 21, 2010;

26

27  3. The parties' deadline to file initial disclosures, a Case Management Statement, and a

28  Rule 26(f) Report is continued until November 4, 2010;

STIPULATION AND ORDER TO EXTEND ANSWER DEADLINE
AND TO CONTINUE INITIAL DISCOVERY, ADR DEADLINES,
AND CASE MANAGEMENT CONFERENCE                                    Case No. 3:10-cv-01846-MMC

4. The initial case management conference is continued until November 12, 2010, or a date thereafter set by the Court.

**COUNSEL FOR DEFENDANTS:**

Dated: June 23, 2010

    IGNACIA S. MORENO
    Assistant Attorney General
    Environment & Natural Resources Division

    /s/ Adam J. Katz
    ADAM J. KATZ
    Trial Attorney
    United States Department of Justice
    Environmental Defense Section
    P.O. Box 23986-3986
    Washington, DC 20026-3986
    Telephone: (202) 514-2689
    Facsimile: (202) 514-8865
    Email: adam.katz@usdoj.gov

**COUNSEL FOR PLAINTIFF:**

Dated: June 23, 2010

    /s/ Robert Ukeiley (with permission)
    ROBERT UKEILEY (*pro hac vice*)
    Law Office of Robert Ukeiley
    435R Chestnut Street, Suite 1
    Berea, KY 40403
    Telephone: (859) 986-5402
    Facsimile: (866) 618-1017
    Email: rukeiley@igc.org

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Further, the Case Management Conference is CONTINUED to November 12, 2010.

Dated: June 24, 2010

    HON. MAXINE M. CHESNEY
    UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND ANSWER DEADLINE
AND TO CONTINUE INITIAL DISCOVERY, ADR DEADLINES,
AND CASE MANAGEMENT CONFERENCE     Case No. 3:10-cv-01846-MMC

- 3 -