IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

ADAM J. KATZ (DC BAR NO. 502776)
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone:  (202) 514-2689
Facsimile:  (202) 514-8865
Email:  adam.katz@usdoj.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 3:10-cv-01846-MMC<br><br>ORDER APPROVING<br><br>**SECOND STIPULATION** ~~AND ORDER~~ **TO EXTEND ANSWER DEADLINE AND TO CONTINUE INITIAL DISCOVERY, ADR DEADLINES, AND CASE MANAGEMENT CONFERENCE** |

SECOND STIPULATION AND ORDER TO EXTEND ANSWER DEADLINE
AND TO CONTINUE INITIAL DISCOVERY, ADR DEADLINES,
AND CASE MANAGEMENT CONFERENCE                    Case No. 3:10-cv-01846-MMC

- 1 -

WHEREAS, on April 29, 2010, Plaintiff Center for Biological Diversity filed a complaint in the above-captioned matter against the United States Environmental Protection Agency and its Administrator, Lisa Jackson (collectively, "EPA"), alleging that EPA has failed to undertake certain nondiscretionary duties under the Clean Air Act, 42 U.S.C. §§ 7401-7671q;

WHEREAS, on September 23, 2010, Plaintiff and EPA tentatively agreed to the terms of a settlement that will, if approved and entered, fully resolve Plaintiff's claims;

WHEREAS, any final settlement of this case must be approved by authorized officials at the United States Department of Justice and EPA, a process that can take several weeks to complete;

WHEREAS, at least 30 days before any final settlement of this matter can be entered, EPA must provide notice of such settlement in the *Federal Register* and an opportunity for public comment pursuant to Section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

WHEREAS, on June 24, 2010, this Court entered a stipulated order extending the deadline for EPA to respond to Plaintiff's complaint, and continuing initial discovery, ADR deadlines, and the initial case management conference;

WHEREAS, the parties believe that the requested extensions and continuances below will not adversely affect the schedule of this case;

NOW THEREFORE the parties, pursuant to Local Rules 6-2 and 7-12, Plaintiff and EPA hereby stipulate to the following:

1. EPA's time for responding to Plaintiff's complaint is extended by 120 days, to January 25, 2011;

2. The parties' deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery planning is continued to March 29, 2011;

SECOND STIPULATION AND ORDER TO EXTEND ANSWER DEADLINE
AND TO CONTINUE INITIAL DISCOVERY, ADR DEADLINES,
AND CASE MANAGEMENT CONFERENCE                                Case No. 3:10-cv-01846-MMC

- 2 -

1      3. The parties' deadline to file initial disclosures, a Case Management Statement, and a

2  Rule 26(f) Report is continued until March 29, 2011;

3      4. The initial case management conference is continued until April 4, 2011, or a date

4  thereafter set by the Court.

**COUNSEL FOR DEFENDANTS:**

Dated: September 23, 2010

    IGNACIA S. MORENO
    Assistant Attorney General
    Environment & Natural Resources Division

    *s/ Adam J. Katz*
    ADAM J. KATZ
    Trial Attorney
    United States Department of Justice
    Environmental Defense Section
    P.O. Box 23986-3986
    Washington, DC 20026-3986
    Telephone: (202) 514-2689
    Facsimile: (202) 514-8865
    Email: adam.katz@usdoj.gov

**COUNSEL FOR PLAINTIFF:**

Dated: September 23, 2010

    *s/ Robert Ukeiley (with permission)*
    ROBERT UKEILEY (*pro hac vice*)
    Law Office of Robert Ukeiley
    435R Chestnut Street, Suite 1
    Berea, KY 40403
    Telephone: (859) 986-5402
    Facsimile: (866) 618-1017
    Email: rukeiley@igc.org

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conference is CONTINUED to April 8, 2011.

Dated: September 24, 2010

    *[signature]*
    HON. MAXINE M. CHESNEY
    UNITED STATES DISTRICT JUDGE

SECOND STIPULATION AND ORDER TO EXTEND ANSWER DEADLINE
AND TO CONTINUE INITIAL DISCOVERY, ADR DEADLINES,
AND CASE MANAGEMENT CONFERENCE     Case No. 3:10-cv-01846-MMC