KEVIN P. BUNDY (CA Bar No. 231686)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682 x 313
Fax: (415) 436-9683
Email:  kbundy@biologicaldiversity.org

ROBERT UKEILEY (*Pro Hac Vice*)
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
rukeiley@igc.org

*Counsel for Plaintiff*
  *Center for Biological Diversity*

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Div.

ADAM J. KATZ (DC BAR NO. 502776)
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone:  (202) 51402689
Fascimile:  (202) 514-8865
Email: adam.katz@usdoj.gov

*Counsel for Defendant United States*
  *Environmental Protection Agency*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff,<br><br>        v.<br><br>LISA P. JACKSON,<br>In her official capacity as Administrator of the Environmental Protection Agency; and ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendant. | Case No.: 10-cv-1846 MMC<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINSTRATIVE CLOSURE**<br><br>**AND**<br><br>**STIPULATION EXTENDING EPA'S DEADLINE TO FILE A RESPONSIVE PLEADING** |

1    This cause comes before the Court on the parties' joint motion for administrative

2  closure.  Upon due consideration, the Court grants the joint motion.  The Court **orders** that

3  further litigation and proceedings in this case are stayed until the earlier of (a) September 30,

4  2012, or (b) Plaintiff's filing of a notice of dismissal with prejudice under Fed. R. Civ. P.

5  41(a)(1).

6

7  Dated:  February 15, 2011

8                                                    MAXINE M. CHESNEY
                                                     United States District Judge
9

10    **Pursuant to Local Rule 7-12, the parties further stipulate as follows:**

11    WHEREAS a Settlement Agreement has been executed in the above-captioned case;

12    WHEREAS there appears to be no further reason at this time to litigate;

13    WHEREAS, EPA's answer is due February 15, 2011 (Doc. 12);

14    WHEREAS, the parties recognize that the Court might not grant the requested relief

15  in the joint motion and, if it does, it might not do so before EPA's responsive pleading is due.

16    **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** that EPA's

17  obligation to file a responsive pleading to the complaint is suspended until the Court orders

18  otherwise.

19

20  Dated: February 11, 2011                IGNACIA S. MORENO
                                            Assistant Attorney General
21
                                            _/s/ Adam J. Katz_____
22                                          ADAM KATZ
                                            United States Department of Justice
23                                          Environment & Natural Resources Division
                                            Environmental Defense Section
24                                          P.O. Box 23986
                                            Washington, D.C. 20026
25                                          (202) 514-2689
                                            adam.katz@usdoj.gov
26

27                                          COUNSEL FOR EPA

28

STIPULATION AND [PROPOSED] ORDER GRANTING JOINT MOTION FOR
ADMINISTRATIVE CLOSURE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Robert Ukeiley (with permission)*
ROBERT UKEILEY
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
(859) 986-5402
rukeiley@igc.org

KEVIN BUNDY
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682
kbundy@biologicaldiversity.org

COUNSEL FOR CENTER FOR
BIOLOGICAL DIVERSITY